

# PRYOR CASHMAN LLP

410 Park Avenue, New York, NY 10022 Tel: 212-421-4100 Fax: 212-326-0806

New York | Los Angeles

www.pryorcashman.com

**Frank P. Scibilia**
Partner

Direct Tel: 212-326-0445
Direct Fax: 212-798-6375
fscibilia@pryorcashman.com

December 20, 2007

**By Hand**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

Re: *Capitol Records, Inc., et al. v. Multiply, Inc.*, 07 CV 11357 (SHS) (MHD)

Your Honor:

We are counsel of record for the Plaintiffs in the above-captioned action (the "**Action**").

On Wednesday, December 18, 2007, we filed (in the traditional manner, on paper) the Summons and Complaint in the Action. We attempted to follow up with an electronic filing, as required by the Court's Third Amended Instructions for Filing an Electronic Case or Appeal. However, per the Case Openings Clerk and the December 1, 2003 Guidelines for Electronic Case Filing, the Complaint is greater than 15 megabytes (even when separated into individual computer files) and, therefore, may not be electronically filed without prior permission of the Court. We hereby respectfully request that Your Honor grant that permission so that we may electronically file the Complaint.

The Defendant has not yet been served. We will serve a copy of this letter on the Defendant when we serve the Complaint.

Respectfully submitted,

Frank P. Scibilia

cc: Christopher Bavitz, Esq.
Michael Abitbol, Esq.
Donald S. Zakarin, Esq.

SO ORDERED 12/21/07

SIDNEY H. STEIN
U.S.D.J.