

**PRYOR CASHMAN LLP**

410 Park Avenue, New York, NY 10022   Tel: 212-421-4100   Fax: 212-326-0806

New York | Los Angeles

www.pryorcashman.com

Frank P. Scibilia
Partner

Direct Tel: 212-326-0445
Direct Fax: 212-798-6375
fscibilia@pryorcashman.com

January 2, 2008

**By Hand**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

Re:   *Capitol Records, Inc., et al. v. Multiply, Inc.*, 07 CV 11357 (SHS) (MHD)

Your Honor:

We are counsel of record for the Plaintiffs in the above-captioned action (the "**Action**").

By letter of December 20, 2007, which was endorsed by Your Honor on December 21, 2007, we requested permission to electronically file our Complaint which, including the Exhibits, is larger than 15 megabytes. We have been informed by the Case Openings Clerk that the Complaint, with the Exhibits, is too large to be filed electronically, and that we instead need permission from the Court to electronically file just the Complaint (without the Exhibits) and to keep the Exhibits as a paper document only. We hereby respectfully request that Your Honor grant that permission.

The Defendant has now been served. We are forwarding a copy of this letter to the Defendant via overnight courier.

Respectfully submitted,

*Scibilia*

Frank P. Scibilia

SO ORDERED 1/7/08

SIDNEY H. STEIN
U.S.D.J.

cc:   Multiply, Inc.
    Christopher Bavitz, Esq.
    Michael Abitbol, Esq.
    Donald S. Zakarin, Esq.