FROM :



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CAPITOL RECORDS, INC., et al.,

      Plaintiffs,

  -against-

MULTIPLY, INC.,

      Defendant.
----------------------------------------X

Case No. 07 CV 11357
(Judge Stein)

AFFIDAVIT OF SERVICE

STATE OF FLORIDA   )
    S.S.:
COUNTY OF BROWARD  )

_Dennie Cain_, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 27th day of December, 2007, at approximately the time of 9:15 AM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE SIDNEY H. STEIN; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H. DOLINGER; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; PROCEDURES FOR ELECTRONIC CASE FILING; AND GUIDELINES FOR ELECTRONIC CASE FILING upon MULTIPLY, INC. at 6001 Park of Commerce Boulevard, Suite 300, Boca Raton, FL, by personally delivering and leaving the same with _John Doe_ who informed deponent that holds the position of _Manager_ with that company and is authorized by appointment to receive service at that address.

_John Doe_ is a _white male_, approximately _32_ years of age, stands approximately _6_ feet _0_ inches tall, weighs approximately _175_ pounds with _black_ hair.

_____
PROCESS SERVER
Dennie Cain

Sworn to before me this
___ day of _January_, 2008.

_____
NOTARY PUBLIC



LISA M. BENNETT
Comm# DD0277607
Expires 12/28/2007
Bonded thru (800)...
Florida...

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com