

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

07 CV 11357

CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.;
EMI CHRISTIAN MUSIC GROUP INC.;
VIRGIN RECORDS AMERICA, INC.;
COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.;  CASE NUMBER __ CIV. _____
EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC;
EMI GROVE PARK MUSIC, INC.; EMI LONGITUDE MUSIC;
EMI ROBBINS CATALOG INC.; EMI U CATALOG, INC.;
EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC.;   **SUMMONS IN A CIVIL ACTION**
AND EMI WATERFORD MUSIC, INC.

Plaintiffs

-against-

MULTIPLY, INC.,

Defendant.

TO: Multiply, Inc.
6001 Park of Commerce Blvd.
Suite 300
Boca Raton, FL 33487

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

PRYOR CASHMAN LLP
410 Park Avenue
New York, New York  10022
(212) 421-4100

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DEC 1 8 2007

**J. MICHAEL McMAHON**

CLERK                                                            DATE

BY DEPUTY CLERK

FROM :                                                              JAN. 2.2008  10:36AM   P 1

 

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
CAPITOL RECORDS, INC., et al.,

          Plaintiffs,                          Case No. 07 CV 11357
                                                (Judge Stein)

        -against-

MULTIPLY, INC.,                                AFFIDAVIT OF SERVICE

          Defendant.
--------------------------------------------------X
STATE OF FLORIDA     )
        S.S.:
COUNTY OF BROWARD   )

    Dennie Cain           , being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 27th day of December, 2007, at approximately the time of 9:15 AM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE SIDNEY H. STEIN; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H. DOLINGER; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; PROCEDURES FOR ELECTRONIC CASE FILING; AND GUIDELINES FOR ELECTRONIC CASE FILING upon MULTIPLY, INC. at 6001 Park of Commerce Boulevard, Suite 300, Boca Raton, FL, by personally delivering and leaving the same with  John Doe  who informed deponent that    holds the position of  MANAGER  with that company and is authorized by appointment to receive service at that address.

    John Doe          is a  white male  , approximately 32 years of age, stands approximately 6 feet 0 inches tall, weighs approximately 175 pounds with Black hair.

              Dennie Cain
              PROCESS SERVER
              Dennie Cain

Sworn to before me this
___ day of January, 2008

NOTARY PUBLIC



LISA M. BENNETT
Comm# DD0277607
Expires 12/28/2007
Bonded thru (800)432-4254
Florida Notary Assn., Inc.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com