UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; VIRGIN RECORDS AMERICA, INC.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GROVE PARK MUSIC, INC.; EMI LONGITUDE MUSIC; EMI ROBBINS CATALOG INC.; EMI U CATALOG, INC.; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC.; EMI WATERFORD MUSIC, INC.,

*Plaintiffs*,

v.

MULTIPLY, INC.,

*Defendant*.

No. 07 Civ.11357 (SHS) (MHD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/08

**STIPULATION**

IT IS HEREBY STIPULATED TO AND AGREED, by and between the undersigned counsel for the parties herein, that the time for defendant Multiply, Inc. to answer, move or otherwise respond to the Summons and Complaint in this action is extended to and including February 15, 2008. The initial conference remains at 2/8/08 at 10:30a.m.

07 Civ 11357 (SHS)

Dated: New York, New York
January 16, 2008

DAVIS SHAPIRO LEWIT & HAYES, LLP

By: ______________________
Elizabeth Moody (EM 6687)
689 Fifth Avenue
New York, New York 10019
(212) 230-5500

*Attorneys for Defendant Multiply, Inc.*

PRYOR CASHMAN LLP

By: ______________________
Frank P. Scibilia (FS 3984)
410 Park Avenue
New York, New York 10022
(212) 421-4100

*Attorneys for Plaintiffs*

1/17/08
SO ORDERED: ______________________
U.S.D.J.