UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; VIRGIN RECORDS AMERICA, INC.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GROVE PARK MUSIC, INC.; EMI LONGITUDE MUSIC; EMI ROBBINS CATALOG INC.; EMI U CATALOG, INC.; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC.; EMI WATERFORD MUSIC, INC.,

        Plaintiffs,

        v.

MULTIPLY, INC.,

        Defendant.

------------------------------------------------------------------- x

07 Civ. 11357 (SHS)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Weil, Gotshal & Manges LLP hereby appears as counsel of record for Defendant Multiply, Inc. in the above-captioned action and requests that all future correspondence and papers in connection with this action be directed to the undersigned at the address listed below.

Dated:  New York, New York
          February 8, 2008

                                        By: /s/ Kenneth L. Steinthal
                                           Kenneth L. Steinthal (KS-7897)
                                           Mark J. Fiore (MF-5738)
                                           WEIL, GOTSHAL & MANGES LLP
                                           767 Fifth Avenue
                                           New York, New York 10153-0119
                                           (212) 310-8000

                                           Attorneys for Defendant Multiply, Inc.