

# PRYOR CASHMAN LLP

410 Park Avenue, New York, NY 10022   Tel: 212-421-4100   Fax: 212-326-0806

New York | Los Angeles
www.pryorcashman.com

Frank P. Scibilia
Partner

Direct Tel: 212-326-0445
Direct Fax: 212-798-6375
fscibilia@pryorcashman.com

February 19, 2008

**By Hand**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007

Re:  *Capitol Records, Inc., et al. v. Multiply, Inc.*, 07 CV 11357 (SHS) (MHD)

Your Honor:

    We are counsel of record for the Plaintiffs in the above-captioned action (the **"Action"**).

    On February 7, 2008, the Plaintiffs filed with the Case Openings Clerk an Amended Complaint in the Action. Counsel for defendant Multiply, Inc., has accepted service of the Amended Complaint on behalf of all Defendants, including the newly added individual defendant.

    We are advised by the Case Openings Clerk that the Amended Complaint, with the Exhibits, is too large to be filed electronically, and that we instead need permission from the Court to electronically file just the Amended Complaint (without the Exhibits) and to keep the Exhibits as a paper document only. We hereby respectfully request that Your Honor grant that permission.

Respectfully submitted,

Frank P. Scibilia

SO ORDERED 2/29/08

SIDNEY H. STEIN
U.S.D.J.

cc:  Kenneth Steinthal, Esq. (via facsimile)
     Donald S. Zakarin, Esq.