USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; VIRGIN RECORDS AMERICA, INC.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GROVE PARK MUSIC, INC.; EMI LONGITUDE MUSIC; EMI ROBBINS CATALOG INC.; EMI U CATALOG, INC.; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC.; EMI WATERFORD MUSIC, INC.,

    Plaintiffs,

v.

MULTIPLY, INC. and PETER PEZARIS,

    Defendants.

No. 07 Civ. 11357 (SHS)(MHD)

**STIPULATION TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT**

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein, that the time in which Multiply, Inc. and Peter Pezaris may answer, move, or otherwise respond to the Amended Complaint be, and hereby is, extended to and through March 17, 2008.

Dated: New York, New York
March 6, 2008

        WEIL, GOTSHAL & MANGES LLP

        By: _/s/ Kenneth L. Steinthal_
        Kenneth L. Steinthal (KS-7897)
        Mark J. Fiore (MF-5738)
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Fax: (212) 310-8007

        *Attorneys for Defendants Multiply, Inc. and Peter Pezaris*

NY1:\1546026\01\X4X601!.DOC\64471.0003

07 Ci 11357

PRYOR CASHMAN LLP

By: /s/ Scibilia
Frank P. Scibilia
410 Park Avenue
New York, New York 10022
Telephone: (212) 421-4100
Fax: (212) 326-0806

*Attorneys for Plaintiffs Capitol Records, Inc.; Caroline Records, Inc.; EMI Christian Music Group Inc.; Virgin Records America, Inc.; Colgems-EMI Music Inc.; EMI April Music Inc.; EMI Blackwood Music; EMI Full Keel Music; EMI Grove Park Music, Inc.; EMI Longitude Music; EMI Robbins Catalog Inc.; EMI U Catalog, Inc.; EMI Virgin Music, Inc.; EMI Virgin Songs, Inc.; and EMI Waterford Music, Inc.*

SO ORDERED:

Date: March 7, 2008

/s/ Sidney H. Stein
Honorable Sidney H. Stein
United States District Judge