USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| CAPITOL RECORDS, INC., *ET AL.*, | : | 07 Civ. 11357 (SHS) |
| Plaintiffs, | : | |
| -against- | : | <u>ORDER</u> |
| MULTIPLY, INC., | : | |
| Defendant. | : | |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that the next pretrial conference is scheduled for April 11, 2008, at 10:00 a.m.

Dated: New York, New York
       March 7, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.