AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          NEW YORK

### APPEARANCE

Case Number: 07-civ-11357 (SHS)(MHD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Multiply, Inc. and Peter Pezaris

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/18/2008 | *(signature)* |
| Date | Signature |
| | Jeffrey A. Conciatori — JC-6858 |
| | Print Name — Bar Number |
| | 51 Madison Avenue |
| | Address |
| | New York — NY — 10010 |
| | City — State — Zip Code |
| | (212) 849-7000 — (212) 849-7100 |
| | Phone Number — Fax Number |