AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

## APPEARANCE

Case Number: 07-civ-11357 (SHS)(MHD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Multiply, Inc. and Peter Pezaris

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/18/2008 | *signature* |
| Date | Signature |
| | Jonathan B. Oblak     JO-5340 |
| | Print Name     Bar Number |
| | 51 Madison Avenue |
| | Address |
| | New York     NY     10010 |
| | City     State     Zip Code |
| | (212) 849-7000     (212) 849-7100 |
| | Phone Number     Fax Number |