AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 07-civ-11357 (SHS)(MHD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Multiply, Inc. and Peter Pezaris

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/18/2008 | *[signature]* |
| Date | Signature |
| | Adam B. Wolfson — AW-7748 |
| | Print Name — Bar Number |
| | 51 Madison Avenue |
| | Address |
| | New York   NY   10010 |
| | City   State   Zip Code |
| | (212) 849-7000   (212) 849-7100 |
| | Phone Number   Fax Number |