USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPITOL RECORDS, INC., et al.,

    Plaintiffs,

v.

MULTIPLY, INC. and PETER PEZARIS,

    Defendants.

07 Civ. 11357 (SHS)(MHD)

STIPULATION

---

It is hereby stipulated by and between the undersigned that Quinn Emanuel Urquhart Oliver & Hedges, LLP shall replace Weil, Gotshal & Manges, LLP as the attorneys of record for the defendants in the above-captioned action. Defendants Multiply, Inc. and Peter Pezaris consent to this substitution of counsel.

DATED: March 14, 2008

_____
Multiply, Inc.
6001 Park of Commerce Blvd.
Suite 300
Suite 300
Boca Raton, FL 33487

_____
Peter Pezaris
c/o Multiply, Inc.
6001 Park of Commerce Blvd.
Suite 300
Boca Raton, FL 33487

_____
Kenneth L. Steinthal (KS-7897)
Mark J. Fiore (MF-5738)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
(212) 310-8000

_____
Jeffrey A. Conciatori
QUINN EMANUEL URQUHART OLIVER
  & HEDGES, LLP
51 Madison Avenue
New York, New York 10010
(212) 849-7000

1