USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPITOL RECORDS, INC., et al.,

    Plaintiffs,

v.

MULTIPLY, INC. and PETER PEZARIS,

    Defendants.

---

No. 07 Civ. 11357 (SHS)(MHD)

**STIPULATION TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein, to accommodate new counsel for defendants, that the time in which Multiply, Inc. and Peter Pezaris may answer, move, or otherwise respond to the Amended Complaint be, and hereby is, extended to and through March 31, 2008.

Dated: New York, New York
       March 17, 2008

PRYOR CASHMAN LLP

By: _____
Frank P. Scibilia
410 Park Avenue
New York, New York 10022
Telephone: (212) 421-4100

*Attorneys for Plaintiffs Capitol Records, Inc., et al.*

QUINN EMANUEL URQUHART OLIVER AND HEDGES, LLP

By: _____
Jeffrey A. Conciatori
Adam Wolfson
51 Madison Avenue
22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

*Attorneys for Defendants Multiply, Inc. and Peter Pezaris*

SO ORDERED:

_____
U.S.D.J.

3/21/08
Date