UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, INC., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>MULTIPLY, INC. and PETER PEZARIS,<br><br>          Defendants. | No. 07 Civ. 11357 (SHS)(MHD)<br><br>**RULE 7.1 STATEMENT OF DEFENDANT MULTIPLY, INC.**<br><br>**Filed Electronically** |

        Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Multiply, Inc., a private non-governmental party, hereby certifies that it has no parent corporation, but more than 10% of its stock (on a fully diluted basis) is owned by Transcosmos International, a subsidiary of transcosmos, inc., a publicly-held company listed on the Tokyo Stock Exchange.

Dated:   New York, New York
          March 31, 2008

                                            By: /s/ Jeffrey A. Conciatori
                                                Jeffrey A. Conciatori
                                                (jeffreyconciatori@quinnemanuel.com)
                                                Jonathan B. Oblak
                                                (jonathanoblak@quinnemanuel.com)
                                                Adam B. Wolfson
                                                (adamwolfson@quinnemanuel.com)
                                                QUINN EMANUEL URQUHART OLIVER
                                                      & HEDGES, LLP
                                                51 Madison Avenue
                                                New York, New York 10010
                                                (212) 849-7000

                                                Attorneys for Defendants Multiply, Inc.
                                                and Peter Pezaris