UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, INC., et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>MULTIPLY, INC. and PETER PEZARIS,<br><br>   Defendants. | No. 07 Civ. 11357 (SHS)(MHD)<br><br>**NOTICE OF MOTION**<br><br>**Filed Electronically** |

   PLEASE TAKE NOTICE THAT, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, and based upon the Amended Complaint dated February 14, 2008, the Declaration of Peter Pezaris dated March 28, 2008, the Declaration of Jeffrey A. Conciatori dated March 31, 2008, and the memorandum in support hereof, defendant Peter Pezaris will move this court, before the Honorable Sydney H. Stein, United States District Judge of the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an order dismissing with prejudice the claims against him on the grounds that the Court lacks personal jurisdiction over him, and for such other and further relief as the Court deems just and proper.

DATED: New York, New York
     March 31, 2008

                QUINN EMANUEL URQUHART
                 OLIVER & HEDGES, LLP

                By:/s/ Jeffrey A. Conciatori
                Jeffrey A. Conciatori
                (jeffreyconciatori@quinnemanuel.com)
                51 Madison Avenue, 22nd Floor
                New York, New York 10010
                (212) 849-7000

                Attorneys for Defendants
                *Multiply, Inc. and Peter Pezaris*