## CERTIFICATE OF SERVICE

I, Andrew B. Curran, hereby certify that on March 31, 2008 I caused to be served the following documents using the CM/ECF system:

1. Defendant Multiply, Inc.'s Rule 7.1 Disclosure Statement
2. Defendant Multiply, Inc.'s Answer
3. Defendant Peter Pezaris' Notice of Motion to Dismiss
4. Defendant Peter Pezaris' Memorandum of Law in Support of his Motion to Dismiss
5. Declaration of Peter Pezaris dated March 28, 2008
6. Declaration of Jeffrey A. Conciatori dated March 31, 2008

Based on email notifications sent by the CM/ECF system, these documents were served via email to all counsel of record as indicated below:

| | | |
|---|---|---|
| Frank P. Scibilia<br>fscibilia@proskauer.com | Donald S. Zakarin<br>dzakarin@pryorcashman.com | Jeffrey A. Conciatori<br>jeffreyconciatori@quinnemanuel.com |
| Jonathan B. Oblak<br>jonathanoblak@quinnemanuel.com | Adam B. Wolfson<br>adamwolfson@quinnemanuel.com | |

Dated: April 2, 2008
/s/ Andrew B. Curran
Andrew B. Curran