USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; VIRGIN RECORDS AMERICA, INC.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GROVE PARK MUSIC, INC.; EMI LONGITUDE MUSIC; EMI ROBBINS CATALOG INC.; EMI U CATALOG, INC.; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC.; EMI WATERFORD MUSIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MULTIPLY, INC., and PETER PEZARIS, <br><br> Defendants. | No. 07 Civ.11357 (SHS) (MHD) <br><br> **STIPULATION AND (PROPOSED) ORDER** |

WHEREAS, in the above-captioned action, on March 31, 2008, defendant Peter Pezaris ("Pezaris") filed a motion, pursuant to Federal Rule of Civil Procedure 12(b)(2), for an order dismissing the Amended Complaint dated February 14, 2008 (the "Motion"),

IT IS HEREBY STIPULATED TO AND AGREED, by and between the undersigned counsel for the parties herein, that Plaintiffs shall file their opposition to the Motion on or before April 25, 2008.

IT IS FURTHER STIPULATED AND AGREED that Pezaris shall file any reply papers on or before May 9, 2008.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts and facsimile or electronic/PDF signatures herein shall have the same force and effect as original signatures.

Dated: New York, New York
April 3, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
Jeffrey A. Conciatori
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7130
jeffreyconciatori@quinnemanuel.com
*Attorneys for Defendant Peter Pezaris*

PRYOR CASHMAN LLP

By: _____
Frank P. Scibilia
410 Park Avenue
New York, New York 10022
(212) 421-4100
fscibilia@pryorcashman.com
*Attorneys for Plaintiffs*

4/4/08
SO ORDERED: _____
U.S.D.J.

2