```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CAPITOL RECORDS, INC., *ET AL*,           :        07 Civ. 11357 (SHS)

                Plaintiffs,           :

      -against-                          :        ORDER

MULTIPLY, INC., *ET ANO*,                  :

                Defendants.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The parties shall make their initial disclosures pursuant to Fed. R. Civ. P. 26(a) on or before April 25, 2008;

    2.    There will be a mid discovery status conference on June 27, 2008, at 10:00 a.m.; and

    3.    The last day for completion of discovery is October 10, 2008.

Dated: New York, New York
       April 12, 2008

                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.