UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CAPITOL RECORDS, *ET AL.*,                  :

              Plaintiffs,           :

     -against-                        :

MULTIPLY, INC., *ET ANO*,                   :

             Defendants.         :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/08

07 Civ. 11357 (SHS) (MHD)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

**XX**  Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: Defendants' motion for summary judgment

All such motions: ____

Dated: New York, New York
      April 14, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.