```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
CAPITOL RECORDS et al.              :
                                    :
               Plaintiffs,          :      ORDER
                                    :
        -against-                   :      07 Civ. 11357 (SHS)(MHD)
                                    :
MULTIPLY, INC.,                     :
                                    :
               Defendants.          :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **TUESDAY, MAY 13, 2008 at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        April 25, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Adam Bryan Wolfson, Esq.
Quinn Emanuel Urquhart
  Oliver & Hedges LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

Jeffrey A. Conciatori, Esq.
Quinn Emanuel Urquhart
  Oliver & Hedges LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

Jonathan Bacon Oblak, Esq.
Quinn Emanuel Urquhart
  Oliver & Hedges LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

Kenneth L. Steinthal, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10023

Frank Phillip Scibilia, Esq.
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022

Donald S. Zakarin, Esq.
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022