UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; VIRGIN RECORDS AMERICA, INC.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GROVE PARK MUSIC, INC.; EMI LONGITUDE MUSIC; EMI ROBBINS CATALOG INC.; EMI U CATALOG, INC.; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC.; and EMI WATERFORD MUSIC, INC., Plaintiffs, v. MULTIPLY, INC. and PETER PEZARIS, Defendants. | No. 07 Civ. 11357 (SHS)(MHD)  NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Pryor Cashman LLP hereby enters its appearance as counsel in this case for the plaintiffs in the above-captioned action and requests that copies of all notices and other papers in this case be sent to:

Suyin So, Esq., at Pryor Cashman LLP, 410 Park Avenue, New York, New York 10022.
E-mail address: sso@pryorcashman.com

The undersigned counsel certifies that she is admitted to practice in this Court.

Dated: New York, New York
May 1, 2008

PRYOR CASHMAN LLP

By: _____
Suyin So
sso@pryorcashman.com
410 Park Avenue
New York, New York 10022
(212) 421-4100
*Attorneys for Plaintiffs*

TO:   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
       Jeffrey A. Conciatori, Esq.
       jeffreyconciatori@quinnemanuel.com
       51 Madison Avenue, 22nd Floor
       New York, NY 10010
       (212) 849-7130