# PRYOR CASHMAN LLP

New York | Los Angeles

410 Park Avenue, New York, NY 10022   Tel: 212-421-4100   Fax: 212-326-0806   www.pryorcashman.com



Frank P. Scibilia
Partner

Direct Tel: 212-326-0445
Direct Fax: 212-798-6375
fscibilia@pryorcashman.com

June 25, 2008

**BY HAND**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1010
New York, NY 10007



MEMO ENDORSED

Re:   *Capitol Records, Inc., et al. v. Multiply, Inc.*, 07 CV 11357 (SHS) (MHD)

Dear Judge Stein:

This firm represents the plaintiffs in the above-referenced action (the "Action"). We write with permission and approval from counsel for defendants to jointly request an adjournment of the interim discovery status conference scheduled for this Friday, June 27, 2008.

At the May 13, 2008 conference before Magistrate Judge Michael Dolinger, the parties agreed in principle on terms to settle the Action, and to suspend discovery in the Action pending negotiation of, and agreement on, the terms of a definitive settlement agreement. The parties have since exchanged drafts of and continue to negotiate the terms of such an agreement.

We therefore respectfully request that this Friday's conference be removed from the Court's calendar without prejudice to the parties' right to restore it in the event that the parties do not conclude settlement.

Respectfully submitted,

Frank P. Scibilia

*The conference will be held on 7/17/08, at 10:00 a.m. unless a stip of dismissal is submitted before that date. No adjournments. SO ORDERED 6/26/08*

SIDNEY H. STEIN
U.S.D.J.

cc:   Donald S. Zakarin, Esq.
Jeffrey Conciatori, Esq.
Kenneth Steinthal, Esq.