USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; EMI CHRISTIAN MUSIC GROUP INC.; VIRGIN RECORDS AMERICA, INC.; COLGEMS-EMI MUSIC INC.; EMI APRIL MUSIC INC.; EMI BLACKWOOD MUSIC; EMI FULL KEEL MUSIC; EMI GROVE PARK MUSIC, INC.; EMI LONGITUDE MUSIC; EMI ROBBINS CATALOG INC.; EMI U CATALOG, INC.; EMI VIRGIN MUSIC, INC.; EMI VIRGIN SONGS, INC.; and EMI WATERFORD MUSIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MULTIPLY, INC. and PETER PEZARIS, <br><br> Defendants. | No. 07 Civ. 11357 (SHS)(MHD) <br><br><br> STIPULATION AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties to the above-captioned action (the "Action"), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims in the Action be dismissed with prejudice and without costs to any party as against any other party, and that this stipulation may be filed with the Clerk of the Court without further notice.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts and that facsimile and electronic signatures shall be deemed originals.

Dated: New York, New York
July 18, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

By: _____
Jeffrey A. Conciatori
Adam Wolfson
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7130
jeffreyconciatori@quinnemanuel.com
adamwolfson@quinnemanuel.com
*Attorneys for Defendants*

PRYOR CASHMAN LLP

By: _____
Frank P. Scibilia
410 Park Avenue
New York, New York 10022
(212) 421-4100
fscibilia@pryorcashman.com
*Attorneys for Plaintiffs*

SO ORDERED: _____
7/22/08                    U.S.D.J.